IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENISE JONES, et al.,

    *Plaintiffs,*

v.

STR8 FROM US, LLC, et al.,

    *Defendants.*

CIVIL ACTION
NO. 24-5370

## ORDER

**AND NOW**, this 23rd day of April, 2025, upon consideration of Jones's Motion for Sanctions Against Defendants Str8 From Us, LLC and Latif Conway Pursuant to F.R.C.P. 37(b)(2)(A), (ECF No. 31) and Defendants' Response thereto, (ECF No. 32), it is hereby **ORDERED** that the Motion is **GRANTED** in part as follows:

1. Defendants' affirmative defenses shall be stricken in accordance with the accompanying Memorandum Opinion;

2. Defendant Latif Conway is precluded from testifying at trial; and

3. Defendants Latif Conway and Str8 From Us, LLC, are precluded from offering at trial any evidence that should have been produced in response to Jones's discovery requests concerning how the accident occurred or who was at fault.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.